ANTHONY MAURICE BEATTY, BY AND THROUGH HIS GUARDIAN AD LITEM, NANCY BEATTY v. CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, BILLY CHEEKS AND THOMAS BRIDGES

No. 444PA90

(Filed 14 August 1991)

ON discretionary review pursuant to N.C.G.S. § 7A-31(a) of a decision of the Court of Appeals, 99 N.C. App. 753, 394 S.E.2d 242 (1990), affirming an order granting summary judgment to defendants Board of Education and Thomas Bridges, entered by *Snepp, J.*, on 14 August 1989 in Superior Court, MECKLENBURG County. Heard in the Supreme Court 15 March 1991.

*Karro, Sellers, Langson & Gorelick, by C. Murphy Archibald and Seth H. Langson, for plaintiff appellant.*

*Weinstein & Sturges, P.A., by Judith A. Starrett and Hugh B. Campbell, Jr., for defendant appellee.*

PER CURIAM.

Discretionary review improvidently allowed.